**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| KJR GROUP, LLC d/b/a FLOOR PLAN VISUALS; FPV GROUP, LLC d/b/a FLOOR PLAN VISUALS; KOCHAI SHPOON BECERRA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ARC GROUP, LLC D/B/A ARCDIMENSION; ABDULLAH ARDA BASCINAR,<br><br>　　　　　Defendants. | Civil Action No.: 2:23-cv-01175-BHH<br><br>[formerly Case No. 2023-CP-10-00848, Ninth Judicial Circuit Court of Common Pleas for Charleston County, South Carolina]<br><br>**AFFIDAVIT OF EDWARD FENNO IN SUPPORT OF NOTICE OF REMOVAL** |

　　　Personally appeared before me, Edward Fenno, who being duly sworn deposes and says as follows:

　　　1.　　I am the attorney for Defendants ARC Group, LLC d/b/a Arcdimension and Abdullah Arda Bascinar ("Defendants") in the present matter.

　　　2.　　I have personal knowledge of the matters contained in this Affidavit unless alleged on information and belief.

　　　3.　　The present lawsuit was initially filed on February 17, 2023, in State of South Carolina, Ninth Judicial Circuit, Court of Common Pleas for the County of Charleston as case no. 2023-CP-10-00848 (the "State Court Action").

　　　4.　　The Defendants were served with the Summons and Complaint in the State Court Action on March 4, 2023. On information and belief, the first day that either of the Defendants first received a copy of the Summons and Complaint, whether by service or otherwise, was February 28, 2023, which is less than thirty (30) days before today's date.

5. Defendants have not filed a responsive pleading in the State Court Action.

6. All pleadings and other filings in the State Court Action are attached as exhibits to the Notice of Removal filed concurrently with this Affidavit.

7. The Complaint purports to assert a cause of action for false advertising in violation of Section 43(a) of the federal Lanham Act, 15 U.S.C. §1125(a). (Complaint ¶¶ 68-76)

8. On information and belief, the other causes of action in the Complaint are so related to the Lanham Act claim and/or arise from the same or similar facts and circumstances as the Lanham Act claim that they form part of the same case or controversy as the federal Lanham Act claim.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Edward Fenno

Sworn to and subscribed before me
this  24th  day of March, 2023

_____
Notary Public for South Carolina
My Commission expires: 07.04.2030